**COMPLETE THIS SECTION ON DELIVERY**

**2. Article Number**

7105 4522 6449 0038 3436

**1. Article Addressed to:**

Gregory J. Barro, Esq.
Gregory J. Barro, PLC.
400 Travis Street
Suite 1006
Shreveport, LA 71101

1:07cv147-MEF

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
L.Z. Dilley

C. Date of Delivery
3/1/07

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811     Domestic Return Receipt