2. Article Number

7105 4522 6449 0038 3443

1. Article Addressed to:

Gregory J. Barro, Esq.
Gregory J. Barro, PLC.
500 Travis Street
Suite 1006
Shreveport, LA 71101

1:07CV147-mef

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Simca Gman
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Linda Jimson

C. Date of Delivery
3-5-07

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811                Domestic Return Receipt