## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

KATHERINE DIXON and
DONNA BIBBENS, on behalf
of themselves and all others
similarly situated,

                    Plaintiffs,          **Case No. 1:07-CV-147**
          v.                             **FIRST AMENDED**
                                         **CLASS ACTION COMPLAINT**
GREGORY J. BARRO and
GREGORY J. BARRO, PLC                    **JURY TRIAL DEMANDED**

                    Defendants.

## FIRST AMENDED CLASS ACTION COMPLAINT

## I.  PRELIMINARY STATEMENT

1.    This action is brought by Plaintiffs Katherine Dixon and

Donna Bibbens, individually and, on behalf of all others similarly situated,

against defendants Gregory J. Barro and Gregory J. Barro, PLC for violations

of the Fair Debt Collection Practices Act, 15 U.S.C. §§1692 *et seq.* (hereinafter

"FDCPA"), which prohibits debt collectors from engaging in abusive,

deceptive, and unfair practices in their course of collecting or attempting to

collect debts.  Plaintiffs request entry of a declaratory judgment that

Defendants' practices violate the FDCPA and seek an award of statutory

damages for themselves and for the class.

1

## II.  JURISDICTION

2.      Jurisdiction of this Court, over this action and the parties herein, arises under 15 U.S.C. §1692k(d) and 28 U.S.C. §1331.  Declaratory relief is available pursuant to 28 U.S.C. §§2201 and 2202.  Venue in this District is proper because the pertinent events took place here.

## III.  PARTIES

3.      Plaintiff, Katherine Dixon ("Ms. Dixon") is an individual residing in Enterprise, Alabama.  She is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

4.      Plaintiff, Donna Bibbens ("Ms. Bibbens") is an individual residing in Brewton, Alabama. She is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5.      Defendant Gregory J. Barro is an attorney associated with or employed by Gregory J. Barro, PLC and is located at 400 Travis Street, Suite 1004, Shreveport, Louisiana.

6.      Defendant Gregory J. Barro, PLC is a corporation with offices located 400 Travis Street, Suite 1004, Shreveport, Louisiana.

7.      Defendants are or were engaged in the collection of debts from consumers using the mail and telephone.  Defendants regularly attempt to

2

collect consumer debts alleged to be due to another. Defendants are "debt collectors" as defined by the FDCPA, 15 U.S.C. §1692a(3).

## IV.  FACTUAL ALLEGATIONS

8.    On or about March 2, 2006, Defendants sent or caused to be sent a dunning notice (attached as Exhibit A) to Ms. Dixon seeking to collect a debt allegedly owed to BellSouth-Alabama.

9.    On or about April 13, 2006, Defendants sent or caused to be sent a dunning notice (attached as Exhibit B) to Ms. Bibbens seeking to collect a debt allegedly owed to BellSouth-Alabama.

10.    On or about May 19, 2006, Defendants sent or caused to be sent a dunning notice (attached as Exhibit C) to Ms. Bibbens seeking to collect a debt allegedly owed to BellSouth-Alabama.

11.    Exhibit A was received by Ms. Dixon.

12.    Exhibit B was received by Ms. Bibbens.

13.    Exhibit C was received by Ms. Bibbens.

14.    The alleged debt of Ms. Dixon was incurred for personal, family or household purposes, *i.e.* – personal telephone services.

15.    The alleged debt of Ms. Bibbens was incurred for personal, family or household purposes, *i.e.* – personal telephone services.

3

16.   <u>Exhibit A</u>, <u>Exhibit B</u>, and <u>Exhibit C</u> state in part:

Unless you contact our office was in 48 hours from receipt of this letter, we may take further collection action against you, which may include referring this account to an Alabama law firm for legal action. If suit is filed, the Baldwin County Sheriff will serve you with legal papers directing you to appear in court. If a judgment is rendered against you, you will likely pay all court costs in addition to your phone bill.

17.   <u>Exhibit A</u>, <u>Exhibit B</u>, and <u>Exhibit C</u> state further: "To avoid further collection action, you must contact our office within 48 hours from receipt of this letter."

18.   <u>Exhibit A</u>, <u>Exhibit B</u>, and <u>Exhibit C</u> conclude with the handwritten signature of Gregory J. Barro above the typewritten name "Gregory J. Barro, Attorney at Law."

19.   Neither the Defendants nor anyone else has initiated a legal action against Ms. Dixon regarding the BellSouth bill.

20.   Neither the Defendants nor anyone else has initiated a legal action against Ms. Bibbens regarding the BellSouth bill.

21   Upon information and belief, Gregory J. Barro did not review the account of Ms. Dixon before sending <u>Exhibit A</u>.

22.   Upon information and belief, Gregory J. Barro did not review the account of Ms. Bibbens before sending <u>Exhibit B</u> and <u>Exhibit C</u>.

4

23.    Upon information and belief, letters in the form of Exhibit A, Exhibit B, and Exhibit C are mass mailed to alleged debtors of BellSouth by Defendants.

## V.    POLICIES AND PRACTICES COMPLAINED OF DEFENDANTS.

24.    It is or was the policy and practice of Defendants to send collection letters in the form of Exhibit A, Exhibit B, and Exhibit C without action in 48 hours from receipt of the letter by the consumer.

25.    It is or was the policy and practice of Defendants to send collection letters in the form of Exhibit A , Exhibit B, and Exhibit C without the intent to bring a legal action.

26.    It is or was the policy and practice of Defendants to send collection letters in the form of Exhibit A, Exhibit B, and Exhibit C without the prior review of the addressee's account by an attorney.

## VI.    CLASS ACTION ALLEGATIONS

27.    This action is brought on behalf of a class consisting of:

(a)    all persons with addresses in the State of Alabama

(b)    to whom letters in the form of Exhibit A, Exhibit B, and/or Exhibit C were sent;

(c)    in an attempt to collect a debt allegedly due BellSouth;

5

(d)    which was incurred for personal, family, or household

purposes;

(e)    which were not returned undelivered by the U.S. Post

Office,

(f)    during the period of one year period prior to the filing of the

complaint in this action to the date of certification.

28.    Plaintiffs allege on information and belief based on the

Defendants' use of letters in the form of <u>Exhibit A</u>, <u>Exhibit B</u>, and <u>Exhibit C</u>

that the class is so numerous that joinder of all members is impractical.  Based

on Defendants' use of letters in the form of <u>Exhibit A, Exhibit B</u>, and <u>Exhibit C</u>

Plaintiffs estimate that the class includes hundreds or thousands of members.

29.    There are questions of law and fact common to the class,

which common issues predominate over any issues involving only individual

class members.

30.    The common factual issue common to Plaintiffs and each

class member is that each was sent a letter in the form of <u>Exhibit A</u> , <u>Exhibit B</u>,

and/or <u>Exhibit C</u> at the direction of the Defendants.  The principal legal issue

common to Plaintiffs and the class are whether Defendants' letters in the form

of <u>Exhibit A</u>, <u>Exhibit B</u>, and/or <u>Exhibit C</u> violate the FDCPA.

6

31.    The claims of Ms. Dixon and Ms. Bibbens are typical of those of the class members. All are based on the same facts and legal theories.

32.    Ms. Dixon and Ms. Bibbens will fairly and adequately protect the interests of the class. They have retained counsel experienced in handling actions involving unlawful practices under the FDCPA and class actions. Neither of the Plaintiffs nor their counsel have any interests which might cause them not to vigorously pursue this action.

33.    Certification of the class under Rule 23(b)(3) of the Federal Rules of Civil Procedure is also appropriate in that:

(a)    The questions of law or fact common to the members of the class predominate over any questions affecting an individual member.

(b)    A class action is superior to other available methods for the fair and efficient adjudication of the controversy.

34.    Certification of a class under Rule 23(b)(2) of the Federal Rules of Civil Procedure is also appropriate in that Defendants have acted on grounds generally applicable to the class thereby making appropriate declaratory relief with respect to the class as a whole.

35.    Plaintiffs request certification of a hybrid class combining Rule 23(b)(3) for monetary damages and Rule 23(b)(2) for equitable relief.

7

## VII.  COUNT I
## FAIR DEBT COLLECTION PRACTICES ACT

36.    Plaintiffs incorporate the foregoing allegations by reference.

37.    Defendants' conduct violated the Fair Debt Collection

Practices Act, 15 U.S.C. §§1692 *et seq.*, including but not limited to:

(a)    Threatening to take action that cannot legally be taken or that is

not intended to be taken in violation of 15 U.S.C. §1692e(5);

(b)    Falsely representing or implying that letters in the form of Exhibit

A, Exhibit B, and Exhibit C are from an attorney in violation of 15 U.S.C.

§1692e(3); and

(c)    Employing the use of false representations or deceptive means to

collect or attempt to collect a debt in violation of 15 U.S.C. §§1692e and e(10).

38.    As a result of Defendants' conduct, Plaintiffs and the class

are entitled to an award of statutory damages pursuant to 15 U.S.C. §1692k.

39.    Plaintiffs and the class are also entitled to an award of costs

and attorney fees pursuant to 15 U.S.C. §1692k.

WHEREFORE, Plaintiffs Katherine Dixon and Donna Bibbens

request judgment be entered in favor of themselves and the class against

Defendants Gregory J. Barro and Gregory J. Barro, PLC for:

8

A.     Declaratory judgment that Defendants' letters in the form of

Exhibit A, Exhibit B, and Exhibit C violates the Fair Debt Collection Practices

Act;

B.     Statutory damages pursuant to 15 U.S.C. §1692k;

C.     An award of costs and attorney fees pursuant to 15 U.S.C. §1692k

and

D.     Such other and further relief as the Court may deem just and

equitable.

**PLAINTIFFS KATHERINE DIXON AND DONNA BIBBENS
DEMAND TRIAL BY JURY IN THIS ACTION.**

David G. Poston
BROCK & STOUT
P. O. Drawer 311167
Enterprise, AL 36331-1167
334-671-5555
david@circlecitylaw.com

O. Randolph Bragg
Craig M. Shapiro
HORWITZ, HORWITZ & ASSOC.
25 East Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822
rand@horwitzlaw.com
craig@horwitzlaw.com

ATTORNEYS FOR PLAINTIFFS

**EXHIBIT "A"**

TELEPHONE: (318) 221-6000
(800) 582-0965

**GREGORY J. BARRO, PLC**
ATTORNEY AT LAW
& ASSOCIATES
400 TRAVIS STREET, SUITE 1004
SHREVEPORT, LOUISIANA 71101

FACSIMILE: (318) 222-5493

#BWNLLRX                                    March 2, 2006
#2515 8052 9011 69#

Kathy Dixon
304 Victoria Dr
Enterprise, AL 36330-1615


Re: Account Number: 251-580-5290-116
    BellSouth-Alabama
    Balance: $157.45

Despite our efforts to amicably resolve payment of your past due
phone bill, you have failed to pay this debt.

Unless you contact our office within 48 hours from receipt of
this letter, we may take further collection action against you,
which may include referring this account to an Alabama law firm
for legal action.  If suit is filed, the Baldwin County Sheriff
will serve you with legal papers directing you to appear in
court.  If a judgment is rendered against you, you will likely
pay all court costs in addition to your phone bill.  You are
jeopardizing your credit and facing the possibility of having
your non-exempt wages garnisheed.

To avoid further collection action, you must contact our office
within 48 hours from receipt of this letter.  Make your money
order payable to BellSouth.

We are attempting to collect a debt.  Any information obtained
will be used for that purpose.  This communication is from an
attorney debt collector.


                              Very truly yours,
                              GREGORY J. BARRO, PLC



                              Gregory J. Barro,
                              Attorney At Law

GJB:ljb
4002
                                                    al48hour

*IMPORTANT NOTICES APPEAR ON THE BACK OF THIS LETTER. PLEASE READ THEM AS
THEY MAY AFFECT YOUR RIGHTS.*

**EXHIBIT "C"**

TELEPHONE: (318) 221-6000
(800) 582-0965

**GREGORY J. BARRO, PLC**
ATTORNEY AT LAW
& ASSOCIATES
400 TRAVIS STREET, SUITE 1004
SHREVEPORT, LOUISIANA 71101

FACSIMILE: (318) 222-5493

#BWNLLRX
#2512 9622 8849 04#

May 19, 2006

Donna Bibbens
312 Scott St Apt 4 G
Brewton, AL 36426-2714

Re: Account Number: 251-296-2288-490
    BellSouth-Alabama
    Balance: $698.78

Despite our efforts to amicably resolve payment of your past due
phone bill, you have failed to pay this debt.

Unless you contact our office within 48 hours from receipt of
this letter, we may take further collection action against you,
which may include referring this account to an Alabama law firm
for legal action. If suit is filed, the Escambia County Sheriff
will serve you with legal papers directing you to appear in
court. If a judgment is rendered against you, you will likely
pay all court costs in addition to your phone bill. You are
jeopardizing your credit and facing the possibility of having
your non-exempt wages garnisheed.

To avoid further collection action, you must contact our office
within 48 hours from receipt of this letter. Make your money
order payable to BellSouth.

We are attempting to collect a debt. Any information obtained
will be used for that purpose. This communication is from an
attorney debt collector.

Very truly yours,
GREGORY J. BARRO, PLC

Gregory J. Barro,
Attorney At Law

GJB:ddm
2267

al48hour

*IMPORTANT NOTICES APPEAR ON THE BACK OF THIS LETTER. PLEASE READ THEM AS
THEY MAY AFFECT YOUR RIGHTS.*

**EXHIBIT "B"**

TELEPHONE: (318) 221-6000
(800) 582-0965

**GREGORY J. BARRO, PLC**
ATTORNEY AT LAW
& ASSOCIATES
400 TRAVIS STREET, SUITE 1004
SHREVEPORT, LOUISIANA 71101

FACSIMILE: (318) 222-5493

#BWNLLRX
#2512 9622 8849 04#

April 13, 2006

Donna Bibbens
312 Scott St Apt 4 G
Brewton, AL 36426-2714


Re: Account Number: 251-296-2288-490
    BellSouth-Alabama
    Balance: $698.78

Despite our efforts to amicably resolve payment of your past due
phone bill, you have failed to pay this debt.

Unless you contact our office within 48 hours from receipt of
this letter, we may take further collection action against you,
which may include referring this account to an Alabama law firm
for legal action.  If suit is filed, the Escambia County Sheriff
will serve you with legal papers directing you to appear in
court.  If a judgment is rendered against you, you will likely
pay all court costs in addition to your phone bill.  You are
jeopardizing your credit and facing the possibility of having
your non-exempt wages garnisheed.

To avoid further collection action, you must contact our office
within 48 hours from receipt of this letter.  Make your money
order payable to BellSouth.

We are attempting to collect a debt.  Any information obtained
will be used for that purpose.  This communication is from an
attorney debt collector.




Very truly yours,
GREGORY J. BARRO, PLC


Gregory J. Barro
Attorney At Law

GJB:ddm
5377

a148hour

*IMPORTANT NOTICES APPEAR ON THE BACK OF THIS LETTER. PLEASE READ THEM AS*
*THEY MAY AFFECT YOUR RIGHTS.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

KATHERINE DIXON, &
DONNA BIBBENS, on behalf
of themselves and all others
similarly situated,

                Plaintiffs,          **Case No.  1:07-CV-147**

    **v.**

GREGORY J. BARRO and
GREGORY J. BARRO, PLC

              Defendants.

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have this date served a copy of the First Amended

Complaint upon the Clerk of Court and upon the Defendants, Gregory J. Barro and Gregory J. Barro,

PLC, 400 Travis Street, Suite 1006, Shreveport, Louisiana 71101, via United States mail, postage

prepaid and fully addressed this **9**th day of March, 2007.

                                BROCK & STOUT

                                _____

                                David G. Poston, Esq.
                                Michael D. Brock, Esq.
                                Gary W. Stout, Esq.
                                Post Office Drawer 311167
                                Enterprise, Alabama 36330
                                334-671-5555
                                334-671-2689 Facsimile
                                Email: christal@circlecitylaw.com