UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAR 19 A 10: 23
P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| KATHERINE DIXON, on behalf of herself and all others similarly situated, | ) ) ) Case No. 1-07-cv-147-MEF ) ) |
| Plaintiffs, | ) MOTION FOR ADMISSION ) OF CRAIG M. SHAPIRO ) TO PRACTICE PRO HAC VICE |
| v. | ) ) |
| GREGORY BARRO and, GROEGORY BARRO, PLC, | ) ) ) |
| Defendants. | ) ) |

## MOTION FOR ADMISSION OF CRAIG M. SHAPIRO
## TO PRACTICE PRO HAC VICE

I, <u>Craig M. Shapiro</u>, hereby apply to the Middle District of Alabama court under LRCiv 83.1 for Pro Hac Vice admission to appear and practice in this action on behalf of Plaintiff Katherine Dixon.

> Craig M. Shapiro
> Horwitz, Horwitz & Associates
> 25 E Washington St, Ste 900
> Chicago, Il 60602
> 312-372-8822 Tele
> 312-372-1673 Fax
> craig@horwitzlaw.com

I am admitted to practice and in good standing before the following courts: Please see attached: Attachment to Motion to Practice Pro Hac Vice.

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court.

<u>S/ Craig M. Shapiro</u>

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

KATHERINE DIXON, on ) 
behalf of herself and all ) Case No. 1-07-cv-147-MEF
others similarly situated, )
 )
 ) ATTACHMENT TO
           Plaintiffs, ) APPLICATION FOR ADMISSION
 ) TO PRACTICE PRO HAC VICE
v. )
 )
GREGORY BARRO and, )
GROEGORY BARRO, PLC, )
 )
 )
           Defendants. )
_____)

## ATTACHMENT TO APPLICATION FOR ADMISSION
## TO PRACTICE PRO HAC VICE

I, Craig M. Shapiro, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

1. I am one of the attorneys representing Plaintiff Katherine Dixon in this matter.

2. I am a member in good standing of the bars of the following courts:

   State of Illinois
   Chicago, Illinois
   January 4, 2005

   United States Court of Appeals for the Seventh Circuit
   Chicago, Illinois
   January 19, 2007

   United States District Court for the Northern District of Illinois
   Chicago, Illinois
   June 22, 2005

   United States District Court for the Northern District of Indiana
   South Bend, Indiana
   January 23, 2006

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Craig M. Shapiro

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Craig M. Shapiro was duly admitted to practice in said Court on (06/22/2005) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/07/2007 )

                                      Michael W. Dobbins Clerk,
                                      By: Jannette Nunez
                                          Deputy Clerk


RECEIVED MAR 0 9 2007

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KATHERINE DIXON, on behalf of herself and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>GREGORY BARRO and, GROEGORY BARRO, PLC,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1-07-cv-147-MEF<br><br>ORDER FOR ADMISSION<br>OF CRAIG M. SHAPIRO<br>TO PRACTICE PRO HAC VICE |

**ORDER FOR ADMISSION OF CRAIG M. SHAPIRO
TO PRACTICE PRO HAC VICE**

Based upon the motion of Craig M. Shapiro for admission to practice pro hac vice in this action on behalf of Katherine Dixon and in accordance with LRCiv 83.1 of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

/__/ the motion of attorney for admission to practice pro hac vice is granted

/__/ the motion for attorney for admission to practice pro hac vice is denied and the admission fee is ordered returned.

Dated this _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE