**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

March 20, 2007

# NOTICE OF DEFICIENCY

To:     Counsel of Record

From:   Clerk's Office

**Case Style: Katherine Dixon vs. Donna Bibbens**
**Case Number: 1:07cv147-MEF**

**Referenced Pleading:   #6- Motion for Admission of Counsel Pro Hac Vice**

**The referenced pleading conventionally filed on 3/19/07 by Attorney Craig M. Shapiro did not contain his original signature nor a certificate of service page.**

**These deficiencies must be corrected within ten (10) days from this date. Please submit to the Clerk's Office by conventional means the referenced document containing counsel's original signature and certificate of service as stated above.**