**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**DOTHAN DIVISION**

| | |
|---|---|
| KATHERINE DIXON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:07cv147-MEF-WC |
| ) | |
| GREGORY J. BARRO and ) | |
| GREGORY J. BARRO, PLC, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED**
**COMPLAINT**

Defendants Gregory J. Barro and Gregory J. Barro, PLC (collectively, "Defendants") hereby move the Court for an extension of the deadline to answer or otherwise respond to plaintiffs' first amended complaint herein to and including April 4, 2007, showing as grounds therefor:

1. Plaintiffs through counsel have indicated that they do not oppose this motion.

2. Defendants have very recently retained counsel and require additional time to formulate a response to the first amended complaint.

3. An extension until and including April 4, 2007 will not unduly delay these proceedings or prejudice any party.

WHEREFORE, Defendants Gregory J. Barro and Gregory J. Barro, PLC respectfully request the Court to grant the extension prayed for herein.

1

        /s Dylan C. Black
Dylan C. Black
One of the Attorneys for
Defendants Gregory J. Barro and Gregory J. Barro, PLC

OF COUNSEL:

John E. Goodman (jgoodman@bradleyarant.com)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama  35203
(205) 521-8000

Charles Stewart (cstewart@bradleyarant.com)
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama  36104
(334) 956-7700

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    David Gerald Poston
    Brock & Stout
    P.O. Drawer 311167
    Enterprise, Alabama  36331-1167

    Craig M. Shapiro
    O. Randolph Bragg
    Horwitz Horwitz & Associates
    25 East Washington Street
    Suite 900
    Chicago, IL  60602

and further served the foregoing by United States mail, first class and postage prepaid.

        /s Dylan C. Black
Of Counsel