**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                        TELEPHONE (334) 954-3600

March 22, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Katherine Dixon vs. Gregory Barro, et al

Case Number: 1:07cv147-MEF

**Notice of Correction is filed this date to correct the following deficient pleading which was filed on 3/20/2007 in accordance with amended Federal Rules of Civil Procedure 5(e).**

**Reference is made to document # 9 filed conventionally by counsel which did not contain his original signature, certificate of service, and a typo in the proposed order.**

**The corrected pdf document is attached to this Notice.**

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. O. Randolph Bragg

Northern District of Illinois

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That O. Randolph Bragg was duly admitted to practice in said Court on (05/10/1994) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/15/2007 )

                    Michael W. Dobbins, Clerk,

                    By: Liri Isufi
                    Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KATHERINE DIXON, on behalf of herself and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>GREGORY BARRO and, GROEGORY BARRO, PLC,<br><br>     Defendants. | Case No. 1-07-cv-147-MEF<br><br>ATTACHMENT TO APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE |

### ATTACHMENT TO APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, O. Randolph Bragg, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

  1.  I am a member in good standing of the bars of the following courts:

    Supreme Court of the United States
    Washington, D.C.
    August 7, 1992

    Supreme Court of Appeals of West Virginia -- inactive
    Charleston, West Virginia
    May 22, 1973

    Supreme Court of Pennsylvania – inactive
    Harrisburg, Pennsylvania
    May 20, 1974

    Supreme Court of the State of Delaware – inactive
    Wilmington and Dover, Delaware
    January 23, 1987

Supreme Court of Illinois
Chicago, Illinois
July 5, 1994

U.S. Court of Appeals for the Second Circuit
New York, New York
November 6, 1986

U.S. Court of Appeals of the Third Circuit
Philadelphia, Pennsylvania
February 21, 1979

U.S. Court of Appeals for the Fourth Circuit
Richmond, Virginia
February 7, 1986

U.S. Court of Appeals for the Fifth Circuit
New Orleans, Louisiana
July 23, 1999

U.S. Court of Appeals for the Sixth Circuit
Cincinnati, Ohio
December 26, 1991

U.S. Court of Appeals for the Seventh Circuit
Chicago, Illinois
April 15, 1994

U.S. Court of Appeals for the Eighth Circuit
St. Louis, Missouri
September 21, 1998

U.S. Court of Appeals for the Ninth Circuit
San Francisco, California
March 14, 1997

U.S. Court of Appeals for the Tenth Circuit
Denver, Colorado
May 22, 1997

U.S. Court of Appeals for the Eleventh Circuit
Atlanta, Georgia
August 24, 1988

U.S. District Court for the Southern District of West Virginia

Charleston, West Virginia
May 22, 1973

U.S. District Court for the Middle District of Pennsylvania
Scranton, Pennsylvania
July 12, 1974

U.S. District Court for the Eastern District of Pennsylvania
Philadelphia, Pennsylvania
June 25, 1982

U.S. District Court for the District of Delaware
Wilmington, Delaware
January 30, 1987

U.S. District Court for the Western District of New York
Rochester, New York
October 5, 1987

U.S. District Court for the Northern District of New York
Utica, New York
December 15, 1989

U.S. District Court for the Northern District of Illinois
Chicago, Illinois
May 10, 1994

U.S. District Court for the Central District of Illinois
Peoria, Illinois
April 29, 1996

U.S. District Court for the District of Arizona – inactive
Phoenix, Arizona
January 11, 1996

U.S. District Court for the Western District of Michigan
Grand Rapids, Michigan
June 7, 1996

U.S. District Court for the Eastern District of Michigan
Detroit Michigan
December, 1997

U.S. District Court for the Western District of Wisconsin
Madison, Wisconsin

December 21, 1998

U.S. District Court for the Eastern District of Wisconsin
Milwaukee, Wisconsin
July 12, 2000

U.S. District Court for the Northern District of Texas
Dallas, Texas
August 28, 2000

U.S. District Court for the District of Colorado
Denver, Colorado
December 9, 2002

U.S. District Court for the Northern District of Indiana
South Bend, Indiana
July 13, 2005

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KATHERINE DIXON, on behalf of herself and all others similarly situated, | )<br>)<br>) Case No. 1-07-cv-147-MEF<br>)<br>) |
| Plaintiffs, | ) **MOTION FOR ADMISSION**<br>) **OF O. RANDOLPH BRAGG**<br>) **TO PRACTICE PRO HAC VICE** |
| v. | )<br>) |
| GREGORY BARRO and,<br>GROEGORY BARRO, PLC, | )<br>)<br>) |
| Defendants. | ) |

**MOTION FOR ADMISSION OF O. RANDOLPH BRAGG**
**TO PRACTICE PRO HAC VICE**

I, O. Randolph Bragg, hereby apply to the U.S. District Court for the Middle District of Alabama under LRCiv 83.1 for Pro Hac Vice admission to appear and practice in this action on behalf of Plaintiff Katherine Dixon.

> O. Randolph Bragg
> Horwitz, Horwitz & Associates
> 25 E Washington St, Ste 900
> Chicago, Il 60602
> 312-372-8822 Tele
> 312-372-1673 Fax
> rand@horwitzlaw.com

I am admitted to practice and in good standing before the following courts: Please see attached: Attachment to Motion to Practice Pro Hac Vice.

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Alabama; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court.

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KATHERINE DIXON, on behalf of herself and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>GREGORY BARRO and, )<br>GREGORY BARRO, PLC, )<br>)<br>Defendants. )<br>_____ ) | Case No. 1-07-cv-147-MEF |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the Pro Have Vice Application of O. Randolph Bragg upon the clerk of Court and upon the following, via United States Mail, postage paid and fully addressed this 22nd, day of March, 2007.

Charles Andrew Stewart, III
Bradley Arant Rose & White. LLP
PO Box 1469
Montgomery, AL. 36102-1469
334-956-7608
Fax: 334-956-7808
Email: cstewart@bradleyarant.com

John Edward Goodman
Dylan Cook Black
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
jgoodman@bradleyarant.com
dblack@bradleyarant.com

O. Randolph Bragg
Craig M. Shapiro
Horwitz, Horwitz & Associates
25 E Washington St., Ste 900
Chicago, IL 60602
312-372-8822
312-372-1673 Facsimile
email: rand@horwitlaw.com

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KATHERINE DIXON, on behalf of herself and all others similarly situated,<br><br>         Plaintiffs,<br><br>  v.<br><br>GREGORY BARRO and, GROEGORY BARRO, PLC,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1-07-cv-147-MEF<br><br>ORDER FOR ADMISSION<br>OF O. RANDOLPH BRAGG<br>TO PRACTICE PRO HAC VICE |

## ORDER FOR ADMISSION OF O. RANDOLPH BRAGG
## TO PRACTICE PRO HAC VICE

Based upon the motion of O. Randolph Bragg for admission to practice pro hac vice in this action on behalf of Katherine Dixon and in accordance with LRCiv 83.1 of the Rules of Practice of the United States District Court for the District of Alabama, IT IS HEREBY ORDERED that:

/__/ the motion of attorney for admission to practice pro hac vice is granted

/__/ the motion for attorney for admission to practice pro hac vice is denied and the admission fee is ordered returned.

Dated this _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT/MAGISTRATE
JUDGE