**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 22, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style: Katherine Dixon vs. Gregory Barro, et al**

**Case Number: 1:07cv147-MEF**

**Notice of Correction is filed this date to correct the following deficient pleading which was filed on 3/19/2007 in accordance with amended Federal Rules of Civil Procedure 5(e).**

**Reference is made to document # 6 filed conventionally by counsel which did not contain his original signature, certificate of service, and a typo in the proposed order.**

**The corrected pdf document is attached to this Notice.**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KATHERINE DIXON, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY BARRO and, GROEGORY BARRO, PLC,<br><br>Defendants. | )<br>)<br>) Case No. 1-07-cv-147-MEF<br>)<br>)<br>) MOTION FOR ADMISSION<br>) OF CRAIG M. SHAPIRO<br>) TO PRACTICE PRO HAC VICE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION OF CRAIG M. SHAPIRO
TO PRACTICE PRO HAC VICE**

I, Craig M. Shapiro, hereby apply to the U.S. District Court for the Middle District of Alabama under LRCiv 83.1 for Pro Hac Vice admission to appear and practice in this action on behalf of Plaintiff Katherine Dixon.

> Craig M. Shapiro
> Horwitz, Horwitz & Associates
> 25 E Washington St, Ste 900
> Chicago, Il 60602
> 312-372-8822 Tele
> 312-372-1673 Fax
> craig@horwitzlaw.com

I am admitted to practice and in good standing before the following courts: Please see attached: Attachment to Motion to Practice Pro Hac Vice.

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Alabama; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KATHERINE DIXON, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GREGORY BARRO and, GREGORY BARRO, PLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1-07-cv-147-MEF |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the Pro Have Vice Application of Craig M. Shapiro upon the clerk of Court and upon the following, via United States Mail, postage paid and fully addressed this 22nd, day of March, 2007.

Charles Andrew Stewart, III
Bradley Arant Rose & White. LLP
PO Box 1469
Montgomery, AL 36102-1469
334-956-7608
Fax: 334-956-7808
Email: cstewart@bradleyarant.com

John Edward Goodman
Dylan Cook Black
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
jgoodman@bradleyarant.com
dblack@bradleyarant.com

                                                                            */s/*

O. Randolph Bragg
Craig M. Shapiro
Horwitz, Horwitz & Associates
25 E Washington St., Ste 900
Chicago, IL 60602
312-372-8822
312-372-1673 Facsimile
email: craig@horwitzlaw.com

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Craig M. Shapiro

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Craig M. Shapiro was duly admitted to practice in said Court on (06/22/2005) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/07/2007 )

Michael W. Dobbins Clerk,

By: Jannette Nunez
Deputy Clerk



RECEIVED
MAR 0 9 2007

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KATHERINE DIXON, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY BARRO and, GROEGORY BARRO, PLC, <br><br> Defendants. | Case No. 1-07-cv-147-MEF <br><br> ATTACHMENT TO APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE |

## ATTACHMENT TO APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Craig M. Shapiro, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

1. I am one of the attorneys representing Plaintiff Katherine Dixon in this matter.

2. I am a member in good standing of the bars of the following courts:

   State of Illinois
   Chicago, Illinois
   January 4, 2005

   United States Court of Appeals for the Seventh Circuit
   Chicago, Illinois
   January 19, 2007

   United States District Court for the Northern District of Illinois
   Chicago, Illinois
   June 22, 2005

   United States District Court for the Northern District of Indiana
   South Bend, Indiana
   January 23, 2006

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KATHERINE DIXON, on behalf of herself and all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>GREGORY BARRO and, GROEGORY BARRO, PLC,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1-07-cv-147-MEF<br><br>ORDER FOR ADMISSION<br>OF CRAIG M. SHAPIRO<br>TO PRACTICE PRO HAC VICE |

**ORDER FOR ADMISSION OF CRAIG M. SHAPIRO**
**TO PRACTICE PRO HAC VICE**

Based upon the motion of <u>Craig M. Shapiro</u> for admission to practice pro hac vice in this action on behalf of <u>Katherine Dixon</u> and in accordance with LRCiv 83.1 of the Rules of Practice of the United States District Court for the District of Alabama, IT IS HEREBY ORDERED that:

    /\_\_/ the motion of attorney for admission to practice pro hac vice is granted

    /\_\_/ the motion for attorney for admission to practice pro hac vice is denied and the admission fee is ordered returned.

    Dated this _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT/MAGISTRATE
JUDGE