IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| KATHERINE DIXON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:07-cv-147-MEF |
| ) | |
| GREGORY J. BARRO, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion for Admission of Craig M. Shaprio to Practice *Pro Hac Vice* (Doc. #6) filed on March 19, 2007, the Motion for Admission of O. Randolph Bragg to Practice *Pro Hac Vice* (Doc. #9) filed on March 20, 2007, and the Unopposed Motion for Extension of Time to Answer or Otherwise Respond to First Amended Complaint (Doc. #8) filed on March 20, 2007, it is hereby

ORDERED that the motions are GRANTED.

DONE this 23rd day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE