IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KATHERINE DIXON, & <br> DONNA BIBBENS, on behalf <br> of themselves and all others <br> similarly situated, <br> <br> Plaintiffs, <br> v. <br> GREGORY J. BARRO & <br> GREGORY J. BARRO, PLC, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 1:07-CV-147 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**REPORT OF RULE 26 PARTIES' PLANNING MEETING**

The parties jointly submit this Report of Rule 26 Party Planning Meeting pursuant to the Court's order of April 5, 2007.

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held by telephone and was attended by:

    David Poston, Esq. for Plaintiffs

    John Goodman, Esq. and Dylan Black, Esq. for Defendants.

2. Pre-Discovery Disclosures. The parties will exchange by May 28, 2007 the information required by Fed. R. Civ. P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    Discovery will be needed on the factual bases for plaintiffs' FDCPA claim and defendants' defenses, and on whether this case should be maintained as a class action under Fed. R. Civ. P. 23.

    The parties propose to handle issues related to the disclosure or discovery of

electronic information on a case-by-case basis.

All discovery commenced in time to be completed by **January 7, 2008**.

Maximum of 50 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 50 document requests. Responses due 30 days after service.

Maximum of 50 requests for admissions by each party to any other party. Responses due 30 days after service.

Maximum of 10 fact witness depositions per side, limited to 7 hours of testimony per Fed. R. Civ. P. 30(d)(2) unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

    From Plaintiffs by **September 7, 2007**

    From Defendants by **October 8, 2007**

Depositions of Plaintiffs' experts to be completed by **October 1, 2007**.

Depositions of Defendants' experts to be completed by **November 7, 2007**.

Supplementation under Rule 26(e) due 30 days after the supplementing party learns of the supplemental information or discovers the supplemental documents.

4. Other Items.

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference on or after **May 26, 2008**.

Plaintiffs' should be allowed until **September 7, 2007** to join additional parties or amend the pleadings.

Defendants should be allowed until **September 7, 2007** to join additional parties or amend the pleadings.

Any motion for class certification will be filed by plaintiffs no later than **September 7, 2007**, and defendants will file their response to any class certification motion by **October 8, 2007**.

All potentially dispositive motions should be filed by **February 22, 2008**.

The parties' counsel have conducted face to face settlement discussions, and those discussions are ongoing.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

>From plaintiffs **30 days before trial**

>From defendants **30 days before trial**

The parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by **June 23, 2008**, or no later than 30 days after the Court rules on any dispositive motions.

Date:   May 7, 2007

s/ David G. Poston                                       s/ Dylan C. Black

3

| | |
|---|---|
| David G. Poston, Esq.<br>Counsel for Plaintiffs<br>BROCK & STOUT<br>P.O. Drawer 311167<br>Enterprise, AL 36331-1167<br>(334) 671-5555<br>david@circlecitylaw.com | John E. Goodman, Esq.<br>Dylan C. Black, Esq.<br>BRADLEY ARANT ROSE & WHITE LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>(205) 521-8000<br>jgoodman@bradleyarant.com<br>dblack@bradleyarant.com |