# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KATHERINE DIXON, & <br> DONNA BIBBENS, on behalf <br> of themselves and all others <br> similarly situated, <br> <br> Plaintiffs, <br> v. <br> GREGORY J. BARRO & <br> GREGORY J. BARRO, PLC, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 1:07-CV-147 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' CONFLICT DISCLOSURE STATEMENT

Defendants Gregory J Barro, individually, and Gregory J. Barro, PLC, submit their conflict disclosure statement in compliance with the Court's Order of June 12, 2007, and the Clerk's Notice of Deficiency of June 20, 2007. The Defendants make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

With respect to Gregory J. Barro, this party is an individual.

With respect to Gregory J. Barro, PLC, there are no entities to be reported.

Date: June 29, 2007

                                                                     Respectfully submitted,

                                                                     s/ Dylan C. Black
                                                                     Dylan C. Black (ASB-6595-K72D)
                                                                     E-mail: dblack@bradleyarant.com
                                                                     One of the Attorneys for Defendants

1/1595297.1

OF COUNSEL:
John E. Goodman (ASB-4665-G48J)
jgoodman@bradleyarant.com
BRADLEY ARANT ROSE & WHITE LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000; Facsimile (205) 521-8800

Charles A. Stewart, III (ASB-4955-A56C)
cstewart@bradleyarant.com
BRADLEY ARANT ROSE & WHITE LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104
(334) 956-7700; Facsimile (334) 956-7701

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| David G. Poston, Esq. | Craig M. Shapiro |
| Brock & Stout | O. Randolph Bragg |
| P.O. Drawer 311167 | Horwitz Horwitz & Associates |
| Enterprise, AL  36331-1167 | 25 East Washington Street, Suite 900 |
| | Chicago, IL  60602 |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

s/ Dylan C. Black<br>Of Counsel