IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KATHERINE DIXON, & DONNA BIBBENS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GREGORY J. BARRO and GREGORY J. BARRO, PLC,<br><br>    Defendants. | CASE NUMBER<br>1:07-CV-147 |

### JOINT STIUPLATION OF DISMISSAL

Plaintiffs Katherine Dixon, Donna Bibbens and Shanda Sawyer ("Plaintiffs") and Defendants Gregory J. Barro and Gregory J. Barro, PLC, hereby jointly stipulate that the claims brought by Plaintiffs in the above-captioned action may be dismissed with prejudice. The claims of any unnamed members of the putative plaintiff class may be dismissed without prejudice. The parties will bear their own costs.

Date: October 2, 2007.

_David G. Poston by DCB w/permission_
David G. Poston
Brock & Stout
P.O. Drawer 311167
Enterprise, AL 36331-1167
Attorney for Plaintiffs


_____
Dylan C. Black (ASB-6595-K72D)
Bradley Arant Rose & White, LLP
1819 Fifth Avenue North
Birmingham, AL 35203
One of the Attorneys for Defendants

1/1619677.1

## CERTIFICATE OF RETENTION OF ORIGINAL

As attorney for the filer of this document, I hereby certify that the filer or the filer's attorney currently holds the original signature document with any required formalities, will make the same available upon request of the Court or of a party, and will retain the hard copy of the same for one year after the expiration of all time periods for appeals, or resolution of appeals, whichever is later.

s/ Dylan C. Black
Attorney for Defendants

1/1619677.1                                   2